UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

CENTRAL MICHIGAN UNIVERSITY STUDENT GOVERNMENT ASSOCIATION, et. al.,

CASE NUMBER: 00-10070

HONORABLE VICTORIA A. ROBERTS

Plaintiff(s),

v.

CANDICE MILLER, SECRETARY OF STATE OF THE STATE OF MICHIGAN,

Defendant(s).
_____/

### ORDER GRANTING ORAL MOTION FOR SUMMARY JUDGMENT

Defendant having moved for summary judgment during oral argument on April 11, 2000; the Court having issued an Order to show cause why Defendant's Oral Motion for Summary Judgment should not be granted; and Plaintiffs having failed demonstrate that summary judgment should not be entered,

THE COURT HEREBY GRANTS Defendant's Oral Motion for Summary Judgment.

Dated: JUN 2 0 2000

VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE